■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRELLE ALMESTICA, Appellant. [887 NYS2d 925]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Kings County (Parker, J.), imposed March 7, 2008, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Florio, Dickerson and Hall, JJ., concur.